# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-00238-MCE-1

Case title: USA v. Shoe

Date Filed: 12/19/2019

Assigned to: District Judge Morrison C. England, Jr

**Defendant (1)**

**Maurice Shoe**

| **Pending Counts** | **Disposition** |
| --- | --- |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (1-10) | |
| FALSE STATEMENTS AND CONCEALMENT OF FACTS IN RELATION TO DOCUMENTS REQUIRED BY ERISA (11) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Shea Jon Kenny** United States Attorney's Office 501 I Street Suite 10-100 Sacramento, CA 95814 |

916-554-2764  
Fax: 916-554-2900  
Email: shea.kenny@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2019 | 1 | INDICTMENT as to Maurice Shoe (1) count(s) 1-10, 11. (Mena-Sanchez, L) (Entered: 12/20/2019) |
| 12/19/2019 | 2 | AO257 (Sealed) as to Maurice Shoe.(Mena-Sanchez, L) (Entered: 12/20/2019) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 01/06/2020 11:15:23 ||||
| **PACER Login:** | ux4722:4106401:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cr-00238-MCE |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |